UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | |
| | ) | |
| DAYWAN HURST, | ) | |
| Defendant | ) | |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about August 3, 2012, in Wayne County, within the Middle District of Pennsylvania, the defendant,

DAYWAN HURST,

at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and intentionally assault another person with a dangerous weapon, with the intent to do bodily harm and without just cause or excuse.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

*[signature]*
PETER J. SMITH
United States Attorney