UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

v                            :
                                        3:CR-12-0312
DAYWAN HURST,                :

Defendant                    :

PLEA

Now, this 23rd day of January, 2013, the within named Defendant, DAYWAN HURST, having been arraigned in open Court, hereby pleads Guilty to the Information.

_____
Defendant

FILED
SCRANTON
JAN 2 3 2013
PER _____
DEPUTY CLERK